Josiah WELCH, Plaintiff—Appellant,

v.

John SNYDER; J.R. Rowell; Tiffany Wilson, Defendants—Appellees.

No. 08–6264.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 5, 2008.

Josiah Welch, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josiah Welch appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Welch v. Snyder,* No. 3:08–cv–00025–GCM (W.D.N.C. Jan. 25, 2008). We dispense with oral

---

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Timothy Dale Crockett appeals the district court's order denying his motion to reconsider a prior order denying his motion to modify restitution payments. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Crockett,* No. 7:98–cr–00798–GRA–1, 2008 WL 153976 (D.S.C. Jan. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*